Robert S. Blumberg, Bar No. 161649
rblumberg@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Edgar Sargsyan, Bar No. 348411
esargsyan@littler.com
Dyanna Castaneda, Bar No. 366513
dcastaneda@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330

Attorneys for Defendants
KEMPER INDEPENDENCE
INSURANCE COMPANY; MERASTAR
INSURANCE COMPANY

**Note Changes Made by Court**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKARI DEAL,<br><br>          Plaintiff,<br><br>     v.<br><br>KEMPER INDEPENDENCE INSURANCE COMPANY; ALLIANCE UNITED INSURANCE COMPANY; MERASTAR INSURANCE COMPANY; DOES 1 - 20, inclusive,<br><br>          Defendants. | Case No. 2:26-CV-03609-JFW (BFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS; REMAND TO SUPERIOR COURT**<br><br>Trial Date:   None<br>Complaint Filed: March 2, 2026 |

ORDER GRANTING JOINT STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS; REMAND TO SUPERIOR COURT

4923-0518-9286.1 / 092320.1163

# **ORDER**

THE COURT, having reviewed the Joint Stipulation to Arbitrate by and between Plaintiff Bakari Deal ("Plaintiff") and Defendants Kemper Independence Insurance Company and Merastar Insurance Company ("Defendants"), and GOOD CAUSE appearing, hereby ORDERS as follows:

1. Plaintiff's claims shall be submitted to binding and final arbitration pursuant to the terms outlined in the Arbitration Agreement attached as Exhibit A to the Joint Stipulation.

2. The Parties shall comply with the terms of the Arbitration Agreement in all respects.

3. The Court hereby remands this matter back to Los Angeles Superior Court.

4. All future dates are vacated.

**IT IS SO ORDERED.**

Dated: April 30, 2026

_____
HONORABLE JOHN F. WALTER
JUDGE OF THE CENTRAL DISTRICT
OF CALIFORNIA

2